UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

LISA A. COOPER,

                                  Plaintiff,

            vs.

NEW YORK CITY DEPARTMENT OF CORRECTION, A/K/A THE CITY OF NEW YORK, DEPARTMENT OF CORRECTION, EVELYN A. MIRABAL, GREGORY MCLAUGHLIN, AND JOSEPH PONTE,

                                Defendants.

--------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL**

14 Civ. 3889 (CLP)

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that the above-referenced action is hereby dismissed with prejudice, without costs to any party, and an order to that effect may be entered without further notice.

Dated:      New York, New York
               October 26, 2016

**McLaughlin & Stern, LLP**
Attorneys for Plaintiff
260 Madison Avenue
New York, New York 10016
(212) 448-1100

By: _____
Jacqueline C. Gerrald
Steven J. Hyman

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-2461

By: _____
Donna Canfield
Assistant Corporation Counsel